IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALTAZAR GARCIA CALZADA,

    Petitioner,                  No. 2:12-cv-1434 GGH P

  vs.

UNITED STATES OF AMERICA,

    Respondent.            ORDER TO SHOW CAUSE

_____/

        Petitioner is a federal prisoner proceeding pro se with a petition pursuant to 28 U.S.C. Section 2241.  On August 3, 2012, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk shall assign a district judge to this case; and

        2. Petitioner shall show cause, within thirty days, why his failure to oppose respondent's August 3, 2012 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition.  Petitioner is cautioned that failure

\\\\\

1

1 to respond to the instant order, or to file an opposition to the pending motion to dismiss, will
2 result in a recommendation that this action be dismissed.
3 DATED: December 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:035
calz1434.46